UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR. NO. 1:25-CR-164 |
| v. | : |
| TIERIQ PINNIX, | : (Judge MEHALCHICK) |
| Defendant. | : |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 922(g)
(Felon in Possession of a Firearm and Ammunition)

On or about March 6, 2025, in York County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**TIERIQ PINNIX,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, an FNH, 9-millimeter handgun, serial number GKS0374470 and ammunition, that being approximately 17 rounds of 9MM Hornady ammunition, said firearm and ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 924(d)(1).

Pursuant to Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 924(d)(1), upon conviction of the offenses in violation of Title 18, United States Code, Section 922, the defendant,

**TIERIQ PINNIX,**

shall forfeit to the United States of America, pursuant to Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 924(d)(1) any property involved in or used in the violations charged herein, including but not limited to:

    a.   An FNH, 9-millimeter handgun, serial number GKS0374470 with an optical scope;

    b.   one magazine; and,

    c.   approximately 17 Hornady Luger 9-millimeter bullets.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 924(d)(1).

A TRUE BILL

JOHN C. GURGANUS
Acting United States Attorney

FOREPERSON

SCOTT R. FORD
Assistant United States Attorney

Date: 6/18/2025